QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL DUARTE-JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0220 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO V ACATE MOTIONS CALENDAR/HEARING TO BE RESET BY THE COURT; AND SET STATUS CONFERENCE |
| v. | ) ) | |
| RAUL DUARTE-JUAREZ, | ) | Date:  January 17, 2006 |
| Defendant. | ) ) | Time:  9:00 a.m. Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiff and defendant's counsel of record herein, that the motions calendar and the hearing on said motions set for December 12, 2005 is hereby vacated to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between plaintiff and defendant's counsel herein, that a Status Conference Hearing be set for **January 17, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///

1 | reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED:  December 9, 2005                MCGREGOR W. SCOTT
                                            United States Attorney

5 |                                         By /s/ Marianne A. Pansa
                                            MARIANNE A. PANSA
6 |                                         Assistant U.S. Attorney
                                            Attorney for Plaintiff

8 | DATED: December 9, 2005                 QUIN DENVIR
                                            Federal Defender

11 |                                        By /s/ Mark A. Lizárraga
                                            MARK A. LIZÁRRAGA
                                            Assistant Federal Defender
12 |                                        Attorney for Defendant

### **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: December __9__, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER
U.S. District Court Judge for the
Eastern District of California