DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL DUARTE-JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0220 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| RAUL DUARTE-JUAREZ, | ) | Date: February 7, 2006 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Hon. Oliver W. Wanger |
|  | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for January 20, 2006,  be continued to **February 7, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: January 12, 2006                MCGREGOR W. SCOTT
                                       United States Attorney


                                       By /s/ Marianne A. Pansa
                                          MARIANNE A. PANSA
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

DATED: January 12, 2006                DENNIS S. WAKS
                                       Acting Federal Defender


                                       By /s/ Mark A. Lizárraga
                                          MARK A. LIZÁRRAGA
                                          Assistant Federal Defender
                                          Attorney for Defendant


## **O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: January __17___, 2006

                                       /s/ OLIVER W. WANGER
                                       _____
                                       OLIVER W. WANGER
                                       U.S. District Court Judge for the
                                       Eastern District of California

Stipulation to Continue Status Conference Hearing        2